**No. D-2549. In the Matter of Disbarment of Myron Jerome Rayvis.**

563 U.S. 1019, 131 S. Ct. 2953, 180 L. Ed. 2d 242, 2011 U.S. LEXIS 4133.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 815, 131 S. Ct. 407, 178 L. Ed. 2d 271, 2010 U.S. LEXIS 7600.

**No. D-2551. In the Matter of Disbarment of R. Allen McCartney.**

563 U.S. 1019, 131 S. Ct. 2953, 180 L. Ed. 2d 242, 2011 U.S. LEXIS 4178.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 815, 131 S. Ct. 407, 178 L. Ed. 2d 271, 2010 U.S. LEXIS 7510.

**No. D-2552. In the Matter of Disbarment of Paul Stephen Shemin.**

563 U.S. 1019, 131 S. Ct. 2953, 180 L. Ed. 2d 242, 2011 U.S. LEXIS 4088.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 815, 131 S. Ct. 407, 178 L. Ed. 2d 272, 2010 U.S. LEXIS 7513.

**No. D-2553. In the Matter of Disbarment of John Michael Gassaway.**

563 U.S. 1019, 131 S. Ct. 2954, 180 L. Ed. 2d 242, 2011 U.S. LEXIS 4159.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 816, 131 S. Ct. 407, 178 L. Ed. 2d 272, 2010 U.S. LEXIS 7554.

**No. D-2554. In the Matter of Disbarment of Stephen Lile.**

563 U.S. 1019, 131 S. Ct. 2954, 180 L. Ed. 2d 242, 2011 U.S. LEXIS 4034.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 816, 131 S. Ct. 408, 178 L. Ed. 2d 272, 2010 U.S. LEXIS 7531.

**No. D-2556. In the Matter of Disbarment of David Benjamin Stocker.**

563 U.S. 1019, 131 S. Ct. 2954, 180 L. Ed. 2d 242, 2011 U.S. LEXIS 4156.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 816, 131 S. Ct. 408, 178 L. Ed. 2d 272, 2010 U.S. LEXIS 7521.

**No. D-2557. In the Matter of Disbarment of Thomas Dale Grabinski.**

563 U.S. 1019, 131 S. Ct. 2954, 180 L. Ed. 2d 242, 2011 U.S. LEXIS 4138.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 816, 131 S. Ct. 408, 178 L. Ed. 2d 272, 2010 U.S. LEXIS 7500.

**No. D-2558. In the Matter of Disbarment of Thomas Daniel Brown.**

563 U.S. 1019, 131 S. Ct. 2954, 180 L. Ed. 2d 242, 2011 U.S. LEXIS 4069.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 816, 131 S. Ct. 408, 178 L. Ed. 2d 273, 2010 U.S. LEXIS 7550.